No. 654. McQUILLEN ET AL. *v.* COLEMAN, JUDGE. February 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. The

CHIEF JUSTICE and MR. JUSTICE STONE took no part in the consideration or decision of this application. *Mr. Samuel Gottlieb* for petitioners. *Mr. James Piper* for respondent.